# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

---

FILED

Jun 28 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

William Hernandez Alnas Jr., and
Richard Guttirez

## CR 22-00244-EJD

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) –Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine (Two Counts);

21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

　　/s/  Foreperson of the Grand Jury

　　　　　　　　　　　　　　　　　Foreman

Filed in open court this __28th__

day of __June, 2022_.

　　　　　　　　　　　　　　　　Clerk

　　　　　　　Bail, $ __No Bail Warrants___

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3
4
                                                        **FILED**

5                                                       Jun 28 2022

6                                                       Mark B. Busby
                                                        CLERK, U.S. DISTRICT COURT
7                                                       NORTHERN DISTRICT OF CALIFORNIA
                                                        SAN FRANCISCO
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,            )   CASE NO. 5:22-cr-00244 EJD
                                         )
12        Plaintiff,                     )   VIOLATIONS:
                                         )   21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) –
13     v.                                )   Distribution of 50 Grams and More of a Mixture and
                                         )   Substance Containing Methamphetamine (Two
14  WILLIAM HERNANDEZ ALNAS JR, and      )   Counts);
    RICHARD GUTTIREZ,                    )   21 U.S.C. § 853 – Forfeiture Allegation
15                                       )
          Defendants.                    )
16                                       )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20

21                                    I N D I C T M E N T

22  The Grand Jury charges:

23  COUNT ONE:    (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of 50 Grams and More of
                  Mixture and Substance Containing Methamphetamine)
24

25       On or about August 27, 2021, in the Northern District of California, the defendant,

26                                    RICHARD GUTTIREZ,

27  did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing a

28  detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II


INDICTMENT

1  controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

2  COUNT TWO:    (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of 50 Grams and More of Mixture and Substance Containing Methamphetamine)

4  On or about November 2, 2021, in the Northern District of California, the defendant,

WILLIAM HERNANDEZ ALNAS JR.,

did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

FORFEITURE ALLEGATION:   (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One and Two above, the defendants,

WILLIAM HERNANDEZ ALNAS JR., and
RICHARD GUTTIREZ,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

   a.   cannot be located upon exercise of due diligence;
   b.   has been transferred or sold to, or deposited with, a third party;
   c.   has been placed beyond the jurisdiction of the court;
   d.   has been substantially diminished in value; or
   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

INDICTMENT                              2

1  All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal
2  Procedure 32.2.

4  DATED: June 28, 2022                                          A TRUE BILL.

6                                                                /s/_____
                                                                  FOREPERSON
7                                                                 San Francisco

9  STEPHANIE M. HINDS
   United States Attorney

11  _/s/_____
    DANIEL PASTOR
12  Assistant United States Attorney

INDICTMENT                                    3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine;
21 U.S.C. § 853 – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Minimum 5 years up to 40 years in prison;
$5 million fine;
not less than 4 years up to lifetime supervised release;
$100 special assessment per count
Mandatory and discretionary denial of public benefits

### DEFENDANT - U.S

▶ WILLIAM HERNANDEZ ALNAS JR.

DISTRICT COURT NUMBER
5:22-cr-00244 EJD

**FILED**
Jun 28 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation (FBI)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Daniel Pastor

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine;
21 U.S.C. § 853 – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Minimum 5 years up to 40 years in prison;
$5 million fine;
not less than 4 years up to lifetime supervised release;
$100 special assessment per count
Mandatory and discretionary denial of public benefits

### DEFENDANT - U.S
RICHARD GUTTIREZ

DISTRICT COURT NUMBER
5:22-cr-00244 EJD

**FILED**
Jun 28 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation (FBI)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Daniel Pastor

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: